UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
NORMA KNOPF and MICHAEL KNOPF,           :      17cv5833 (DLC)
                                         :
                    Plaintiffs,          :      ORDER
                                         :
        -v-                              :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
-------------------------------------- X

DENISE COTE, District Judge:

On September 7, defendant Frank Esposito filed a motion to dismiss the amended complaint. The remaining defendants having reported at today's conference that they intend to file motions to dismiss today or by October 16, it is hereby

ORDERED that the plaintiffs shall serve any opposition to the remaining defendants' motions to dismiss by November 3. Replies, if any, shall be served by November 17. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   New York, New York
         October 13, 2017

                                   _____
                                           DENISE COTE
                                   United States District Judge