```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   17cv5833 (DLC)
NORMA KNOPF and MICHAEL KNOPF,           :
                                         :        ORDER
                    Plaintiffs,          :
         -v-                             :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY      :
LLP, NATHANIEL AKERMAN, EDWARD           :
FELDMAN, and MICHAEL SANFORD,            :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of July 13, 2020 directed the parties to submit proposed schedules for discovery by July 24. On July 16, defendant Frank Esposito requested a 90-day stay of discovery. The plaintiffs oppose the stay. It is hereby

ORDERED that the Court will address Esposito's request for a stay after it receives the submissions due July 24.

Dated:   New York, New York
         July 17, 2020

_____
          DENISE COTE
United States District Judge