# NADEL & CIARLO, P.C.
## ATTORNEYS AT LAW

LORRAINE NADEL
MICHAEL J. CIARLO
www.nadelciarlo.com

527 MADISON AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10022
TEL 212-317-9500 • FAX 212-317-9849

July 23, 2020

**Via ECF:**
Hon. Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: **16-cv-6601** *Knopf v Phillips et al*; **and related matter 17-cv-5833**
    *Response to Order dated July 13, 2020*

Your Honor:

  I am counsel for the defendant Michael Phillips in this action. This letter is submitted in response to the Court's Order, dated July 13, 2020, inquiring as to whether the parties consent to a stay of the trial in this action until such time as the related *Esposito* action is ready for trial.

  Mr. Phillips consents to stay the trial in this matter and understands that a decision as to whether to consolidate the two cases for joint trial will not be made until the *Esposito* action is ready for trial. However, Mr. Phillips respectfully requests that the court grant him the right to participate in discovery and depositions in the related *Esposito* matter. To that extent, Mr. Phillips requests the right to participate in the forthcoming scheduling conference in *Esposito*, and that the parties in *Esposito* be required to copy the undersigned on all correspondence and discovery-related scheduling matters going forward.

                Respectfully,

                Lorraine Nadel (LN 0392)

cc: all parties via ECF (w/o enclosures)