# ESPOSITO, PLLC

515 Madison Avenue, 8th Floor
New York, NY 10022
(212) 537-3896

July 24, 2020

**VIA ECF**

Honorable Denise L. Cote
United States District Court, SDNY
500 Pearl Street, Room 1610
New York, NY 10007

      Re:      **Knopf v. Esposito, No. 17cv5833 (DLC)(SN)**

Dear Judge Cote:

      As you are aware, I represent myself in the above-referenced matter. I am writing in response to Your Honor's July 13, 2020 Order (ECF # 212).

      At this time, and in consideration of the letter filed by the Dorsey Defendants (ECF #219) and the depositions they identified that they will take, I do not anticipate taking any depositions but will seek to attend such depositions. Further, based on the progression of discovery, though unlikely, I may seek to take the depositions of non-parties or experts identified in Rule 26 or other party disclosures, but cannot identify any such depositions I wish to take at this time.

      I do not intend to present any expert testimony, unless the Dorsey Defendants either do not present expert testimony or additional expert testimony is necessitated by Plaintiffs' progression of discovery.

      To the extent Your Honor denies my request for a stay, I join in the schedule and concomitant matters presented by the Dorsey Defendants, including the absence of any objection to the request made by Mr. Phillips' counsel.

      Thank you for your time and consideration of these matters.

      Respectfully submitted,

      /s/ Frank Esposito

      Frank Esposito