**BERRY LAW PLLC**
745 FIFTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK  10151

Phone  (212) 355-0777
Fax  (212) 750-1371

Eric W. Berry (NY)
e-mail  BerryLawPllc@gmail.com

October 9, 2020

*via the Court's ECF system*
Mr. Steven Valverde, Case Manager
Second Circuit Court of Appeals
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

                          Re:  *In re Norma Knopf and Michael  Knopf*,
                              Docket No. 20-3091

Dear Mr. Valverde:

      I am writing to correct a typographical error in the Knopfs' mandamus petition.  The petition states, at pp. 9-10, that the Knopfs dismissed Michael Sanford from the cases below because they have a "satisfied" $10 million dollar judgment against him. (ECF 8-1, at pp. 9-10.) That was a typing error.

      In fact, the Knopfs' judgment against Sanford is *unsatisfied*.  The judgment against Sanford was awarded in a decision by State Court Justice Gerald Lebovits on February 4, 2019. *Knopf v. Sanford*, 2019 WL 429469, *2 & *9 (Sup. Ct., New York Co., Index No. 652743/2018, February 4, 2019) (holding Sanford "personally liable" as an "*alter ego*" for the "Knopfs' $9,867,832.61 judgment as against Pursuit.")  Accord:  *In re Pursuit Holdings, LLC*, 2019 WL 1220928, *1 (Bankr., S.D.N.Y. 2018) (Glenn, J.) (". . . the [February 4, 2019] state trial court decision resulted in a judgment entered on March 6, 2019 in favor of the Knopfs and against Sanford . . . in the amount of  $10,362,402.99 [citing *Knopf v. Sanford*, Index No. 652743/2018, at Doc. 177].)  *See also:  Knopf v. Esposito*, 17 Civ. 5833 (DLC), ECF 210 (Ex. A hereto), ¶3, n.1 (the Knopfs consented to the dismissal of Sanford from the *Esposito* civil rights case because ". . . Mr. Sanford is apparently judgment proof and lawsuits tend to proceed more expeditiously in the absence of *pro se* parties.")

      Thank you for your attention to this matter.

                                  Respectfully submitted,

                                    /s/ Eric W.  Berry
                                  Eric W.  Berry

*copies listed on next page*

Mr. Steven Valverde
October 9, 2020
Page 2

*copies*

Frederick Warder
Jonathan Hatch
Gary Greenberg
Frank Esposito
Edward Feldman
Lorraine Nadel
(by ECF)

Hon. Denise Cote (by the SDNY ECF System)

Steven Valverde, Case Manager (3 hard copies by Federal Express)