**MICHAEL HAYDEN SANFORD**
POST OFFICE BOX 1328
MONTAUK, NEW YORK, 11954
Cellular:   (212) 767 - 9494
Facsimile:   (800) 878 - 9724
Email:   mhs@sanfordpartners.com

November 12, 2020

VIA CM/ECF
Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   17-cv-5833**
**Request for 24-hour Extension to File Objection to or Request For Correction**
**Regarding Your Discovery Order Entered on Veterans Day**

Dear Your Honor:

    I literally just filed an Objection due at 11:30a.m. in Bankruptcy Court and see that the Court issued an Order yesterday, which I believed was a Court holiday, requiring objection by noon today. I cannot write that fast.

    I had anticipated simply consenting to email service today, but the Court's Order now presents a serious and far-reaching problem affecting multiple actions. Mr. Berry submitted a false affidavit of service and the Court relied upon that, creating a factual nightmare situation the Court does not likely see. I request a 24-hour extension to explain this situation to the Court and request a revision/correction.

Respectfully submitted,

Michael Hayden Sanford

cc: all parties via CM/ECF