```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
NORMA KNOPF and MICHAEL KNOPF,             :      17cv5833(DLC)
                                           :
                      Plaintiffs,          :      ORDER
          -v-                              :
                                           :
FRANK M. ESPOSITO, DORSEY & WHITNEY,       :
LLP, NATHANIEL H. AKERMAN, EDWARD S.       :
FELDMAN, and MICHAEL HAYDEN SANFORD,       :
                                           :
                      Defendants.          :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On November 10, 2020, plaintiffs requested permission to serve a deposition subpoena by email upon Michael Sanford. Their counsel, Mr. Eric Berry, represented that Mr. Sanford "declined to accept service by email." On November 12, in response to a letter from Mr. Sanford accusing Mr. Berry of submitting a false affidavit of service to the Court, Mr. Berry stated that "Mr. Sanford did not respond" to an inquiry regarding service by email. It is hereby

ORDERED that the portion of the Order of November 11 that permitted plaintiffs to serve Mr. Sanford by email is vacated.

IT IS FURTHER ORDERED that Mr. Sanford's request of November 12 for an extension to respond to plaintiffs' November 10 application is granted. Mr. Sanford shall file his objection

to plaintiffs' request to serve a deposition subpoena by email by **Friday, November 13, 2020.**

IT IS FURTHER ORDERED that plaintiffs may file a response to Mr. Sanford's objection by **November 16, 2020 at noon.** That response shall address the inconsistency between Mr. Berry's representations to the Court on November 10 and 12, recited above.

Dated:    New York, New York
          November 12, 2020

```
                         _____
                              DENISE COTE
                         United States District Judge
```