**BERRY LAW PLLC**
745 FIFTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK   10151
Phone  (212) 355-0777
Fax  (212) 750-1371

Eric W. Berry (NY)
e-mail    BerryLawPllc@gmail.com

November 12, 2020

*by the ECF system*
Hon. Denise L. Cote, U.S.D.J.
Senator Patrick Moynihan Federal Courthouse
500 Pearl Street, Courtroom 15B
New York, New York  10007

Re:  *Knopf v. Esposito,* 17 Civ. 5833 (DLC) (SN)

Your Honor:

     In reviewing your latest order of today, and the immediately prior filings, it appears that the Court's view is that I should have said that Mr. Sanford, "effectively declined my request that he accept service of the subpoena by failing to respond to that request." I appreciate that I should have been more precise.  I will also point out that lawyers (and judges) frequently use the term "decline" as synonymous with a failure to respond to an invitation or offer within a reasonable time, as Mr. Sanford has done here.  *See:*

> *AOM Group, LLC v. Wachovia Mortg., FSB*, 2010 WL 4715968,*2 (D. Ariz., Nov. 15, 2010) ("Moreover, we note that plaintiff declined its opportunity to challenge the reasonableness of defendants' attorneys fees by failing to respond.")
> *Parker v. Board of County Com''s of Shawnee County, Kansas*, 2002 WL 31527763, *2 (D. Kans., Nov. 5, 2002) (. . . .[B0by failing to respond to the instant Motion, Defendant declined the opportunity to challenge both the grant and the amount of the statutory award.")
> *McCall v. Shock*, 2002 WL 31527763, *2 (E.D. Ark.  April 1, 2015) ("Moreover, by failing to respond to the current Motion, Plaintiff has declined to elaborate as to his intentions.")

     The search   –    adv: declined /20 "failing #to respond"   – in Westlaw's All Federal + All State database turns up approximately 30 similar examples.  While there was no intention to mislead the Court, I do understand the need for greater precision, and accordingly apologize to both the Court and Mr. Sanford.

     Thank you for your attention to this matter

Respectfully submitted,
/s/ Eric W. Berry

Eric W. Berry

all counsel (by ECF, Mr. Sanford and Ms. Nadel (by email)