# LAW OFFICE OF GARY GREENBERG, ESQ.

*666 Third Avenue, 10th Floor*
*New York, New York 10017*

*Phone: 212-765-5770*
*E-mail:gg@ggreenberglaw.com*

November 12, 2020

**By Mail**
Hon. Denise L. Cote, U.S.D.C.
Senator Patrick Moynihan Federal Courthouse
500 Pearl Street, Courtroom 15B
New York, NY 10007

RE:  *Knopf v. Esposito*, 17 Civ. 5833 (DLC) (SN)

Dear Judge Cote:

    I am co-counsel to the Knopfs in the above-referenced matter, and feel compelled to weigh in on the issue of whether there was an "inconsistency" between Mr. Berry's statements that Mr. Sanford "declined to accept service by mail" and "'Mr. Sanford did not respond' to an inquiry regarding service by mail" as stated in the Court's November 12, 2020 Order.

    According to Mr. Sanford's letter to the Court of November 12, he had "anticipated simply consenting to email service today…" thus it appears that he received an email from Mr. Berry asking him to accept service and failed to respond.  As someone who has been practicing law for 45 years, that means he declined to accept service and I see no inconsistency whatsoever.

Sincerely,

Gary Greenberg

cc:  all counsel (by ECF); Mr. Sanford and Ms. Nadel (by email).