# Ex. 14

**11-02-20  Metadata shows Berry drafting Subpoena 4 days *after* Oct 29th visit**

