**BERRY LAW PLLC**
745 FIFTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK  10151
Phone  (212) 355-0777
Fax  (212) 750-1371

Eric W. Berry (NY)
e-mail    BerryLawPllc@gmail.com

November 16, 2020

*by the ECF system*
Hon. Denise L. Cote, U.S.D.J.
Senator Patrick Moynihan Federal Courthouse
500 Pearl Street, Courtroom 15B
New York, New York  10007

Re:  *Knopf v. Esposito,* 17 Civ. 5833 (DLC) (SN)

Your Honor:

    This letter responds to the Court's query as to whether I was inconsistent or incorrect in stating that Sanford had declined to accept email service of a subpoena.

    On October 29, I invited Sanford to accept service by email.  *See* ECF 241-1.  Mr. Sanford did not respond and, on November 10  (twelve days after my invitation), I filed the motion for leave to serve by email.  I believe that the meaning of "decline" includes a failure to respond to an offer or invitation within a reasonable time.  For example, the *Merriam-Webster Online* Thesaurus states, *verbatim*:

> *Thesaurus*
> **decline** verb
> Synonyms & Antonyms of *decline*
> (Entry 1 of 2)
> **1** to show unwillingness to accept, do, engage in, or agree to

https://www.merriam-webster.com/thesaurus/decline

    The *MacMillan* Online *Thesaurus*  lists "ignore" and "pass up" as synonyms for decline. https://www.macmillanthesaurus.com/us/decline   Contract law, of course, deems a failure to accept an offer within a reasonable time a rejection of the offer.

    Regarding Mr. Sanford's contention that the subpoena was not prepared until November 3, 2020, what the "metadata" actually shows it that it was moved to another section of my computer to another after it was prepared.  A copy of the subpoena was emailed to defendants on October 29.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/ Eric W. Berry
Eric W. Berry

cc:  all parties by ECF, Ms. Nadel and Mr. Sanford by email