```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :    17cv5833(DLC)
                                         :
                    Plaintiffs,          :    ORDER
         -v-                             :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 10, 2020, plaintiffs requested permission to serve a deposition subpoena by email upon Michael Sanford. The deposition was noticed for November 17. On November 16, Mr. Sanford submitted a response to plaintiffs' request in which he consented to email service but noted that he was unavailable on November 17. It is hereby

ORDERED that the parties shall confer and agree no later than November 17 on a date for the Sanford deposition. The deposition shall take place no later than November 24.

Dated:    New York, New York
          November 16, 2020

                              _____
                                       DENISE COTE
                              United States District Judge