UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
NORMA KNOPF and MICHAEL
KNOPF,

                Plaintiffs,

  - against -

FRANK M. ESPOSITO, *et al.*

                Defendants.
-----------------------------------------------X

Case No.   17 Civ. 5833  (DLC) (SN)

Hon. Denise L. Cote, U.S.D.J.

[proposed] **ORDER**

      Plaintiffs Michael Knopf and Norma Knopf and non-party witness Michael Hayden Sanford having reached an agreement regarding Sanford's appearance for a deposition in this action beginning at 11:30 a.m. on November 24, 2020; and

      IT APPEARING THAT defendants and non-party Michael Phillips have been notified of the above-referenced date and time for Mr. Sanford's deposition, and that none has stated any objection; it is hereby

      ORDERED that the Knopfs' deposition of Sanford will take place by means of Zoom Video Conference on November 24, 2020 at 11:30 a.m. and will last for two (2) hours, with reasonable time for breaks excluded; and it is further agreed that defendants and Phillips may cross-examine Sanford to an extent consistent with the Court's discovery orders

Dated:   New York, New York
         November            , 2020

                                            So Ordered:

                                            _____
                                            Hon. Denise L. Cote, U.S.D.J.