UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
NORMA KNOPF and MICHAEL KNOPF,

                       Plaintiffs,                 Case No.   17 Civ. 5833  (DLC) (SN)

  - against -

                                                  Hon. Denise L. Cote, U.S.D.J.

FRANK M. ESPOSITO,
DORSEY & WHITNEY, LLP,
NATHANIEL H. AKERMAN
and EDWARD S. FELDMAN,

                       Defendants.
-----------------------------------------------X

## NOTICE OF FILING

       PLEASE TAKE NOTICE that the annexed documents were filed on the ECF system for the Second Circuit on December 21, 2020 pertaining to *In re Norma Knopf and Michael Knopf*, Docket No. 20-3091 (2d Cir.)

       Ex. 1  - The Knopfs' request to seal their motion to supplement the record and file a supplemental appendix (2d Cir. ECF 32-1.)

       Ex. 2 - Redacted version of the motion to supplement the record and file a supplemental appendix.   (2d Cir. ECF 32-2.)

Dated:  New York, New York          Berry Law PLLC
        December 21, 2020                  /s/ Eric W. Berry
                                              By: _____
                                          Eric W. Berry
                                      745 Fifth Avenue, 5th Floor
                                      New York, New York   10151
                                      (212) 355-0777
                                      berrylawpllc@gmail.com

                                      Gary Greenberg
                                      666 Third Avenue, 10th Floor
                                      New York, New York   10017
                                      (212) 765-5770
                                      gg@ggreenberglaw.com

                                      *Attorneys for plaintiffs Norma and Michael Knopf*

*Service List on Next Page*

*Service List:*

Patterson Belknap, LLP
Attn. Frederick Warder
Attorneys for defendants Dorsey &
   Whitney, LLP and Nathaniel H. Akerman
1133 Avenue of the Americas
 New York, New York 10036
 fbwarder@pbwt.com

Edward Feldman
Defendant Pro Se
c/o Feldman & Associates, PLLC
99 Park Avenue, Suite 630
New York, New York 10016
edward@feldmanesqs.com

Frank M. Esposito
Defendant Pro Se
c/o Esposito Partners, PLLC
515 Madison Avenue, 15th Floor
New York, New York   10022
 (212) 537-3896
FESPOSITO@eplawllc.com

Nadel & Ciarlo, PC
Attn. Lorraine Nadel
Attorneys for Michael Phillips
527 Madison Avenue, 7th Floor
New York, New York   10022
(212) 317-9500
lnadel@ncesq

Hon. Denise L. Cote
United States District Judge
Southern District of New York
Sen. Daniel Patrick  Moynihan Courthouse
500 Pearl Street, Court Room 15B
New York, New York    10007