# ESPOSITO, PLLC

515 Madison Avenue, 8th Floor
New York, NY 10022
(212) 537-3896

December 29, 2020

**VIA ECF**

Honorable Denise L. Cote
United States District Court, SDNY
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    <u>**Knopf v. Esposito, No. 17cv5833 (DLC) (SN)**</u>

Dear Judge Cote:

    As you are aware, I represent myself in the above-referenced matter. I am writing to request that you endorse the enclosed Stipulation and [Proposed] Order ("Stipulation") regarding the redaction and / or sealing of certain electronically filed documents in this case and the related *Knopf v. Phillips*, No. 16-6601. The remaining parties to the above-referenced case have each signed the Stipulation, electronically or otherwise.

    While I understand that your Individual Rules of Practice require an explanation regarding why this request is being made, doing so would necessarily disclose the information sought to be redacted and / or sealed. Should the Court require information beyond that which may be gleaned from the Stipulation, I respectfully request that the Court schedule a remote conference to discuss the salient issues.

    Thank you for your time and consideration of this request.

                                                        Respectfully submitted,

                                                        /s/ Frank Esposito

                                                        Frank Esposito

Enclosure
cc (via ECF): Parties of Record

*www.eplawllc.com*