```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :        17cv5833(DLC)
                                         :
                      Plaintiffs,        :           ORDER
              -v-                        :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 30, 2020, the plaintiffs filed a motion requesting an Order approving the redaction and sealing of materials "that concern, or refer to, a criminal investigation that parallels the allegations in the Second Amended Complaint." Pursuant to Section 8 of this Court's Individual Practices, a proposed sealed document must be contemporaneously filed under seal in the ECF system and electronically related to the motion. The summary docket text, but not the sealed document, will be open to public inspection and should not include confidential information sought to be filed under seal. Where the motion seeks approval to redact information from a document that is to be publicly filed, the filing party shall: (a) publicly file the document with the proposed redactions, and (b) electronically file under seal a copy of the unredacted document with the

proposed redactions highlighted.  Both documents must be electronically filed through the ECF system and related to the motion.

The December 30 request failed to contemporaneously file the proposed sealed or redacted documents under seal on ECF.  To the extent parties wish to seal or redact specific materials in the future, they must file a motion to seal at the time they submit those materials, and they must file those materials under seal on ECF, as required by Section 8 of this Court's Individual Practices.  Accordingly, it is hereby

ORDERED that the plaintiffs' request is denied.


Dated:   New York, New York
         January 4, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge