```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :     17cv5833(DLC)
                                         :
                    Plaintiffs,          :     ORDER
          -v-                            :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of January 8, 2021, the Dorsey defendants requested a conference to resolve a discovery dispute over the enforcement of subpoenas served on plaintiff Michael Knopf's two brothers. It is hereby

ORDERED that the plaintiffs shall respond to the Dorsey defendants' letter of January 8 by **Monday, January 11, 2021.**

Dated:    New York, New York
          January 8, 2021

                              _____
                                      DENISE COTE
                              United States District Judge