```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :       17cv5833(DLC)
                                         :
                    Plaintiffs,          :          ORDER
         -v-                             :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to the teleconference held on January 19, 2021, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The plaintiffs shall file a motion for summary judgment by **March 12, 2021.**

2. The defendants shall file an opposition and a cross motion for summary judgment by **April 2, 2021.**

3. The plaintiffs shall file a reply and an opposition to the defendants' cross motion for summary judgment by **April 23, 2021.**

4. The defendants shall file a reply by **May 7, 2021.**

SO ORDERED.

Dated:   New York, New York
         January 19, 2021

_____
            DENISE COTE
    United States District Judge