```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :           17cv5833(DLC)
                                         :
                    Plaintiffs,          :           ORDER
           -v-                           :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of January 19, 2021, the plaintiffs requested an Order overruling Melissa Ringel's objections to certain deposition questions based on claims of Fifth Amendment privilege against self-incrimination. It is hereby

ORDERED that any opposition to the plaintiffs' letter of January 19 shall be submitted by **Friday, January 22, 2021.**

Dated:    New York, New York
          January 19, 2021

                              _____
                                      DENISE COTE
                              United States District Judge