**BERRY LAW PLLC**
745 FIFTH AVENUE, 5th Floor
NEW YORK, NEW YORK  10151
Phone  (212) 355-0777
Fax  (212) 750-1371



Eric W. Berry (NY)
e-mail    BerryLawPllc@gmail.com

January 25, 2021

Hon. Denise L. Cote, U.S.D.J.  (via ECF)
Sen. Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street, Courtroom 15B
New York, New York  10007

**Amended Motion to Seal Response**

Your Honor:

      The Knopfs request that the Court seal their Response to Ms. Ringel's Motion to seal (ECF 294), and permit a redacted version of that Response to be filed publicly. The Knopfs believe that the requested sealing and redaction is necessary to "preserve the integrity of a government investigation and law enforcement interests. . . [.]" *In re Applications to Unseal 98 CR 1101(ILG)*, 568 Fed.Appx. 68, 70 (2d Cir. 2014). A redacted version of the Response is attached as Exhibit A.

      Respectfully submitted,

      /s/ Eric W. Berry
Eric W. Berry

cc: all counsel and *pro se* parties by ECF; Daniel Horwitz, Esq., attorney for Melissa Ringel
    (by ECF); Lorraine Nadel (by email)

---

The proposed redactions are approved.
1.25.2021

_____
DENISE COTE
United States District Judge