# McLaughlin & Stern, LLP
## Founded 1898

| | | |
|---|---|---|
| **Daniel J. Horwitz**<br>Partner<br>dhorwitz@mclaughlinstern.com<br>(212) 455-0448 | 260 Madison Avenue<br>New York, New York 10016<br>(212) 448–1100<br>Fax (212) 448-0066<br>www.mclaughlinstern.com | Garden City, New York<br>Millbrook, New York<br>Westport, Connecticut<br>West Palm Beach, Florida<br>Naples, Florida |

January 22, 2021

**VIA ECF**
Honorable Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St., Courtroom 15B
New York, NY 10007-1312



Re:   *Knopf v. Esposito et al.,* 17-CV-5833-DLC

Dear Judge Cote,

We represent non-party Melissa Ringel. Pursuant to this Court's January 4, 2021 Order and this Court's Individual Practices, we respectfully move this Court for approval to redact and concurrently file under seal Ms. Ringel's response to Plaintiffs' January 19, 2021 letter requesting "an order overruling" Ms. Ringel's invocation of the Fifth Amendment at her December 14, 2020 deposition in this matter [ECF 275] ("Plaintiffs' Letter Motion"). Plaintiffs' motion to seal Plaintiffs' Letter Motion [ECF 279] argued that good cause exists to file their motion to compel deposition testimony from Melissa Ringel under seal and to permit a redacted version of the motion to be filed publicly. This Court approved Plaintiffs' motion to seal [ECF 284]. Ms. Ringel seeks approval of the redactions to and sealing of her response to Plaintiffs' Letter Motion because Ms. Ringel's response will include references to Plaintiffs' Letter Motion, a document that is filed under seal, and reference the concern that was the basis for the cited good cause in Plaintiffs' motion to seal. Ms. Ringel has complied with Your Honor's Individual Rule 4(D) and Rule 8.

For the above reasons, Ms. Ringel respectfully requests that the Court grant Ms. Ringel's application to redact and concurrently file under seal her response to Plaintiffs' Letter Motion.

Respectfully submitted,

/s/ Daniel J. Horwitz
Daniel J. Horwitz
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
dhorwitz@mclaughlinstern.com
*Counsel for Third-Party Witness Melissa Ringel*

---

```
The motion to redact is granted with respect to
the second highlighted sentence starting with
"Here" and footnote 2.  The motion is otherwise
denied.

By January 26, 2021, Melissa Ringel shall file a
redacted version in public view in accordance
with this memorandum endorsement.

1.25.2021
```

/s/ Denise Cote
DENISE COTE
United States District Judge