```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :        17cv5833(DLC)
                                         :
                    Plaintiffs,          :        ORDER
           -v-                           :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of January 21, 2021 directed attorney-defendant Edward Feldman to disclose by Monday, January 25 whether he had already produced to the plaintiffs all material in his possession responsive to the plaintiffs' request for Feldman's communications with Michael Sanford from December 29, 2015 to July 11, 2017. The Order further stated that if Feldman had withheld from production any communications because he contended that they were privileged or irrelevant, he must state so clearly.

In a letter of January 25, Feldman stated that, in connection with his deposition of June 22, 2017, he had already produced all responsive documents to the plaintiffs. On the same day, the plaintiffs submitted a letter stating that Feldman's statement was incorrect and attaching an email of June

22, 2017 from Feldman to the plaintiffs' attorney in which Feldman writes that he excluded from production certain communications between himself and Sanford that were privileged. It is hereby

ORDERED that a conference to resolve this dispute is scheduled for **Wednesday, January 27, 2021 at 2:00pm.**

Due to the ongoing COVID-19 pandemic, the conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

      Dial-in:         888-363-4749

      Access code:     4324948

The parties shall use a landline if one is available.


Dated:    New York, New York
          January 26, 2021

                                    DENISE COTE
                        United States District Judge