```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NORMA KNOPF and MICHAEL KNOPF,          :       17cv5833(DLC)
                                        :
                  Plaintiffs,           :       ORDER
         -v-                            :
                                        :
FRANK M. ESPOSITO, DORSEY & WHITNEY,    :
LLP, NATHANIEL H. AKERMAN, EDWARD S.    :
FELDMAN, and MICHAEL HAYDEN SANFORD,    :
                                        :
                  Defendants.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In a letter of January 28, 2021, the plaintiffs move to overrule Melissa Ringel's Fifth Amendment objection to a document request and compel Ringel to produce certain phone records. It is hereby

ORDERED that any opposition to the plaintiffs' letter of January 28 shall be submitted by **Monday, February 1, 2021.**

Dated:   New York, New York
         January 28, 2021

                              _____
                                      DENISE COTE
                              United States District Judge