```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :      17cv5833(DLC)
                                         :
                 Plaintiffs,             :         ORDER
          -v-                            :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of January 28, 2021, defendant Frank Esposito requested that this case be stayed. It is hereby

ORDERED that any opposition to Esposito's requests shall be submitted by **February 1, 2021.**

Dated:   New York, New York
         January 28, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge