```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :      17cv5833(DLC)
                                         :
                    Plaintiffs,          :         ORDER
              -v-                        :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of February 1, 2021, the plaintiffs moved to redact portions of their response to Frank Esposito's motion to stay. The plaintiffs' motion to redact does not properly identify the document to which the request refers, nor does it provide reasons for the proposed redactions. It is hereby

ORDERED that, by **February 3, 2021**, the plaintiffs shall submit a new motion to redact that (1) properly describes the documents to which the request refers and (2) includes a description of the reasons underlying the request or incorporates the reasons set forth in another publicly filed document, such as the plaintiffs' January 19, 2021 application.

Dated:   New York, New York
         February 2, 2021

                                    _____
                                              DENISE COTE
                                    United States District Judge