**BERRY LAW PLLC**
745 FIFTH AVENUE, 5th Floor
NEW YORK, NEW YORK  10151
Phone  (212) 355-0777
Fax  (212) 750-1371



Eric W. Berry (NY)
e-mail    BerryLawPllc@gmail.com

February 2, 2021

Hon. Denise L. Cote, U.S.D.J.  (via ECF)
Senator Daniel P. Moynihan Federal Courthouse
500 Pearl Street, Courtroom 15B
New York, New York  10007

          **Amended Letter Motion to Seal the Knopfs' Response
          to Esposito's Request for a Stay**

Your Honor:

    The Knopfs request an order that the Court seal the un-redacted version of their February 2, 2021 Response to defendant Frank Esposito's Request for a Stay of this case. The Knopfs believe that the requested sealing order and redaction is necessary to "preserve the integrity of a government investigation and law enforcement interests. . . [.]" *In re Applications to Unseal 98 CR 1101(ILG)*, 568 Fed.Appx. 68, 70 (2d Cir. 2014).

    For the above reasons, the Knopfs respectfully request that the Court grant their application to redact and concurrently file under seal their response to Esposito's Letter Motion.

                          Respectfully submitted,

                          /s/ Eric W. Berry
                          Eric W. Berry

cc:  all counsel and *pro se* parties  (by the ECF system)

The proposed redactions are
approved. 2.3.2021

                                              _____
                                              DENISE COTE
                                       United States District Judge