```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NORMA KNOPF and MICHAEL KNOPF,          :       17cv5833(DLC)
                                        :
                    Plaintiffs,         :       ORDER
          -v-                           :
                                        :
FRANK M. ESPOSITO, DORSEY & WHITNEY,    :
LLP, NATHANIEL H. AKERMAN, EDWARD S.    :
FELDMAN, and MICHAEL HAYDEN SANFORD,    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In a letter of February 6, 2021, the plaintiffs moved to compel non-party Daniel Goldberg, Esq. to produce three email exchanges he had with Michael Sanford on December 29, 2015. The plaintiffs state that Goldberg was an attorney for Sanford's company, Pursuit Holdings, LLP and that Pursuit's Chapter 7 Trustee has waived the attorney-client privilege. The plaintiffs seek these email exchanges ahead of Goldberg's deposition, which is scheduled for February 16. It is hereby

ORDERED that any opposition to the plaintiffs' letter of February 6 shall be submitted by **Wednesday, February 10, 2021.**

Dated:   New York, New York
         February 8, 2021

                              _____
                                      DENISE COTE
                              United States District Judge