```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :      17cv5833(DLC)
                                         :
                       Plaintiffs,       :      ORDER
            -v-                          :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of February 12, 2021, the plaintiffs request a protective order to preclude the production of their communications with a local prosecutor's office. It is hereby

ORDERED that any opposition to the plaintiffs' letter of February 12 shall be submitted by **Monday, February 15, 2021.**

Dated:   New York, New York
         February 12, 2021

                                   _____
                                            DENISE COTE
                                   United States District Judge