```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :        17cv5833(DLC)
                                         :
                      Plaintiffs,        :           ORDER
            -v-                          :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 12, 2021, the District Attorney's Office of New York County ("DA") requested a conference regarding its anticipated motion to quash defendant Frank Esposito's subpoenas. Also on February 12, the plaintiffs' counsel requested a protective order precluding production by the plaintiffs and their counsel of their communications with the DA. On Order of February 12 required responsive submissions to the plaintiffs' request by February 15. It is hereby

ORDERED that a conference is scheduled for **February 16, 2021 at 3:00pm.** The conference will address these requests.

Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749

Access code: 4324948

The parties shall use a landline if one is available.

Dated: New York, New York
February 14, 2021

                                        _____
                                          DENISE COTE
                                    United States District Judge