UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
NORMA KNOPF and MICHAEL KNOPF,            :     17cv5833(DLC)
                                          :
                    Plaintiffs,           :     ORDER
          -v-                             :
                                          :
FRANK M. ESPOSITO, DORSEY & WHITNEY,      :
LLP, NATHANIEL H. AKERMAN, EDWARD S.      :
FELDMAN, and MICHAEL HAYDEN SANFORD,      :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

In a letter of February 12, 2021, the plaintiffs move to compel non-party witness Michael Sanford to produce his communications with Edward Feldman from October 22, 2015 to July 11, 2017. In a letter of January 21, Feldman stated that he only represented Pursuit and at no point represented Sanford personally. Pursuit has filed for bankruptcy, and its Trustee has waived "any attorney-client privilege on behalf of [Pursuit] and will not object to the Knopfs obtaining any documents or testimony in discovery which may otherwise be subject to an attorney-client privilege held by [Pursuit]." It is hereby

ORDERED that Sanford shall respond to the plaintiffs' February 12 letter by **February 18, 2021 at noon.** Sanford shall address in his response whether Feldman ever represented him personally and, if so, the dates of the alleged representation.

Dated:   New York, New York
         February 16, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge