UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
NORMA KNOPF and MICHAEL KNOPF,         :          17cv5833(DLC)
                                       :
                      Plaintiffs,      :          ORDER
             -v-                       :
                                       :
FRANK M. ESPOSITO, DORSEY & WHITNEY,   :
LLP, NATHANIEL H. AKERMAN, EDWARD S.   :
FELDMAN, and MICHAEL HAYDEN SANFORD,   :
                                       :
                      Defendants.      :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

        In a letter of February 15, 2021, the plaintiffs move to
compel non-party Matt Bronfman to produce communications between
himself, Michael Phillips, and Lori Braverman that occurred on
January 7, 2016 and January 11, 2016.  It is hereby

        ORDERED that any opposition to the plaintiffs' February 15
letter shall be filed by **Monday, February 22, 2021 at noon.**


Dated:     New York, New York
           February 16, 2021


                              _____
                                        DENISE COTE
                              United States District Judge