```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :     17cv5833(DLC)
                                         :
                    Plaintiffs,          :     ORDER
         -v-                             :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 12, 2021, the plaintiffs moved for a protective order to preclude the production of their communications with the New York County District Attorney's Office ("DANY"). On the same day, DANY filed a letter requesting a pre-motion conference to discuss its anticipated motion to quash deposition and document subpoenas served by defendant Frank Esposito. A conference was held on February 16, 2021. For the reasons stated on the record, it is hereby

ORDERED that the plaintiffs' motion for a protective order is denied.

IT IS FURTHER ORDERED that DANY's request to quash deposition and document subpoenas served by Esposito is granted.

Dated:   New York, New York
         February 16, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge