# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                              :

NORMA KNOPF and MICHAEL KNOPF, :    Case No. 17 Civ. 5833 (DLC) (SN)
                              :
                    Plaintiffs, :

            - against - :

                              : **RULE 68 OFFER OF JUDGMENT BY**
FRANK M. ESPOSITO, : **DEFENDANTS DORSEY & WHITNEY LLP**
DORSEY & WHITNEY, LLP, : **AND NATHANIEL H. AKERMAN**
NATHANIEL H. AKERMAN, :
EDWARD S. FELDMAN and :
MICHAEL HAYDEN SANFORD :
                              :
                  Defendants. :
                              :
-------------------------------------------------------x

TO:  Plaintiffs and their Counsel of Record

        Pursuant to Federal Rule of Civil Procedure 68, Defendants Dorsey & Whitney LLP and Nathaniel H. Akerman hereby offer to allow judgment to be entered against them in this action:

        1.       For all damages sought by Plaintiffs in this action against Dorsey & Whitney LLP and Nathaniel H. Akerman, jointly and severally, a payment in the total amount of two hundred fifty thousand dollars ($250,000.00), with interest, costs including attorneys' fees, and disbursements to be determined after acceptance of this offer.

        2.       This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68.  It is not admissible in evidence except in a proceeding to determine interest, costs including attorneys' fees, and disbursements.  This offer of judgment is intended to resolve, finally and fully, all of Plaintiffs' claims against Defendants Dorsey & Whitney LLP and Nathaniel H. Akerman in this action, and shall not be construed as an admission either that Defendant Dorsey & Whitney LLP or Nathaniel H. Akerman is liable in this action or that Plaintiffs have suffered any damages.

3.      By accepting this offer of judgment, Plaintiffs agree that the final disposition of this action is a condition of this offer of judgment.

4.      Acceptance of this offer of judgment must be made by service of written notice of acceptance within fourteen days after service of this offer of judgment.  Such written notice must accept the offer as stated, without qualification or variation.  This offer of judgment shall be deemed withdrawn unless accepted within fourteen days after service of this offer.

5.      If this offer is not accepted and the judgment obtained by Plaintiffs is not more favorable than the offer, Plaintiffs shall pay the costs, including reasonable attorneys' fees, incurred after the making of this offer.

6.      By making this offer of judgment, Defendants Dorsey & Whitney LLP and Nathaniel H. Akerman do not waive, and expressly preserve, all claims and/or defenses available in this action.

Dated: February 4, 2021                    Respectfully submitted,

                                           /s/ *Nathaniel H. Akerman*
                                           Nathaniel H. Akerman
                                           DORSEY & WHITNEY LLP
                                           51 West 52nd Street
                                           New York, NY  10019
                                           Telephone:  (212) 415-9217
                                           Facsimile:  (212) 953-7201
                                           Email:  akerman.nick@dorsey.com

      **I HERBY CERTIFY** that on February 4, 2021, a true and correct copy of the foregoing was furnished by email to:

*Attorneys for Plaintiffs:*

Eric W. Berry, Esq.
BERRY LAW PLLC
745 Fifth Avenue, 5th Floor
New York, NY 10151
P: (212) 355-0777
berrylawpllc@gmail.com

Gary Greenberg
666 Third Avenue, 10th Floor
New York, NY 10017
P: (212) 765-5770
gg@ggreenberglaw.com

                        /s/ *Nathaniel H. Akerman*
                        Nathaniel H. Akerman