UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :            17cv5833(DLC)
                                         :
                         Plaintiffs,     :            ORDER
              -v-                        :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     In a letter of February 12, 2021, the plaintiffs moved to

compel non-party witness Michael Sanford to produce his

communications with Edward Feldman from October 22, 2015 to July

11, 2017.  An Order of February 16 directed Sanford to respond

to the plaintiffs' letter by February 18, 2021 at noon and to

address in his response whether Feldman ever represented him

personally and, if so, the dates of the alleged representation.

Sanford has not responded to the plaintiffs' letter of February

12.

     In a letter of January 21, Feldman stated that he only

represented Sanford's company, Pursuit Holdings, LLP, and at no

point represented Sanford personally.  Pursuit has filed for

bankruptcy, and its Trustee has waived "any attorney-client

privilege on behalf of [Pursuit] and will not object to the

Knopfs obtaining any documents or testimony in discovery which

may otherwise be subject to an attorney-client privilege held by

[Pursuit]."  To the extent that Sanford communicated to Feldman

on behalf of Pursuit, those communications are not privileged.

Sanford has made no showing that Feldman represented him

personally at the time of the communications sought by the

plaintiffs.  Accordingly, it is hereby

　　ORDERED that Sanford shall produce to the plaintiffs by

**Tuesday, February 23, 2021** his communications with Feldman from

October 22, 2015 to July 11, 2017.


Dated:　　New York, New York
　　　　　February 19, 2021


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　　United States District Judge


2