```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
NORMA KNOPF and MICHAEL KNOPF,         :        17cv5833(DLC)
                                       :
                    Plaintiffs,        :           ORDER
            -v-                        :
                                       :
FRANK M. ESPOSITO, DORSEY & WHITNEY,   :
LLP, NATHANIEL H. AKERMAN, EDWARD S.   :
FELDMAN, and MICHAEL HAYDEN SANFORD,   :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Michael Sanford having raised the issue that he was not properly served with the plaintiffs' motion to compel of February 12, 2021, it is hereby

ORDERED that the Order of February 19, 2021 granting the plaintiffs' motion to compel is vacated.

Dated:    New York, New York
          February 19, 2021

_____
DENISE COTE
United States District Judge