```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :      17cv5833(DLC)
                                         :
                    Plaintiffs,          :         ORDER
            -v-                          :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Through letters of February 19 and February 23, 2021, non-party witness Michael Sanford requests a conference to address the conduct of the plaintiffs' attorney Eric Berry and whether Berry should be sanctioned.  See Knopf v. Esposito, No. 17CV5833(DLC), 2018 WL 1226023, at *8 (S.D.N.Y. Mar. 5, 2018). Accordingly, it is hereby

ORDERED that a conference will be held on **Thursday, February 25, 2021 at 2:00pm** to address whether an Order should be issued forbidding Berry from having any further oral communication with Sanford, and to set a schedule for any motion to sanction Berry.

Due to the ongoing COVID-19 pandemic, the conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749

        Access code:   4324948

The parties shall use a landline if one is available.


Dated:   New York, New York
         February 23, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge