```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :      17cv5833(DLC)
                                         :
                    Plaintiffs,          :      ORDER
            -v-                          :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received two audio file exhibits through email from non-party witness Michael Sanford on February 23, 2021, it is hereby

ORDERED that, by **March 5, 2021**, Sanford shall submit to the clerk of court copies of those two audio files on either a thumb drive or a compact disc.  Sanford shall include a letter to the clerk of court which explains that his actions are pursuant to this Order.  Sanford shall also file that letter on ECF.

Dated:   New York, New York
         February 25, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge