```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :      17cv5833(DLC)
                                         :
                    Plaintiffs,          :         ORDER
          -v-                            :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of February 16, 2021 granted the New York County District Attorney's Office's ("DANY") request to quash deposition and document subpoenas served by defendant Frank Esposito. In letters of February 24 and February 25, Esposito requests limited reconsideration of the February 16 ruling. Specifically, Esposito requests that DANY produce all of its communications between DANY and Eric Berry. It is hereby

ORDERED that on **March 2, 2021 at 2:00pm**, DANY and any other party shall be heard as to why DANY should not be required to produce to Esposito its records of written communications, including by email, to and from Berry arising out of or related to litigation involving Berry's clients Norma Knopf and Michael Knopf and their adversary Michael Sanford.

Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:    888-363-4749

    Access code:    4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that Esposito shall serve DANY with his letters of February 15, February 24 and February 25 and this Order by **February 26, 2021.**

Dated:    New York, New York
            February 25, 2021

                                            _____
                                                 DENISE COTE
                                      United States District Judge