```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :      17cv5833(DLC)
                                         :
                    Plaintiffs,          :      ORDER
            -v-                          :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    For the reasons set forth in a telephone conference of February 25, 2021 and on the consent of non-party witness Michael Sanford and the plaintiffs' counsel Eric Berry, it is hereby

    ORDERED that Sanford and Berry shall not call each other concerning this litigation until its completion in this court.

Dated:    New York, New York
           February 25, 2021

                                        _____
                                           DENISE COTE
                            United States District Judge