**MICHAEL HAYDEN SANFORD**
23 MCKINLEY ROAD
MONTAUK, NEW YORK 11954
(212) 767-9494 | mhs@sanfordpartners.com

February 25, 2021

VIA ECF
Honorable Denise L. Cote, U.S.D.J.
U.S. Courthouse, Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007



    **Re:** **Letter Motion to redact and seal an exhibit for Sanford's response to Berry [ECF 381]**
        *Knopf et al. v. Esposito et al.*, Case No. 17-cv-5833

Dear Judge Cote:

       I am a self-represented former party and ongoing witness in both *Esposito* and *Phillips* and request an order that the Court (i.) permit me to file the attached <u>Exhibit One</u> in redacted form (highlighted section redacted); and (ii.) the Court shall seal the un-redacted version. I will attach the redacted exhibit to my response to Berry's Ltr. [ECF 381] which claims he has not victimized me through litigation misconduct. I wish to establish that as recently as within the past two weeks Berry sent me other emails (which I will not redact), that *reference specific words that I ask be redacted*, which caused me to "b.) refrain from opposing discovery motions seeking confidential material from other non-parties." [ECF 380, p1].

       Hence, a protective order that merely limits Berry's spoken words to me *would do nothing* to prevent his *more heinous written communications* to me and third parties.

       The requested redaction and sealing order is necessary to avoid "scandalous or prejudicial" material from being "unnecessarily inserted" into a record (*Soumayah v. Minnelli, 41 A.D.3d 390, 392* (1st Dep't)). I submit that this was the extortive and harassing intent of Berry's email to me and third parties. The attached email, which he sent to my neighbors in Montauk (when Berry - obsessed with me - saw on a litigation service that I had a dispute with them about their cutting down trees on my side of our property line), and then forwarded to me, *is illustrative of innumerable additional communications,* some of which I intend to attach as exhibits to my Motion for a protective order and sanctions, that contain scandalous, unproven, untried and never prosecuted alleged claims. Berry received detailed rebuttals demonstrating that this *never occurred.* Upon information and belief, Berry, in whole or in part, fabricated what he constantly threatens to disclose - - just to maliciously distract me - - *typically when I have discovery compelled to be released to the Knopfs or opposition papers due against the Knopfs*. I will likely include a table in my Motion showing how his threats coincided with these due dates.

       For the above reasons, I respectfully request the Court grant this application.

By my signature below and pursuant to 28 U.S.C. §1746, I, Michael Hayden Sanford, certify today, February 25, 2021, that the foregoing is true and correct under penalty of perjury.

The proposed redactions are approved.
2.25.21

_____
DENISE COTE
United States District Judge

Respectfully submitted,

Michael Hayden Sanford
*Pro Se non-party witness*

cc:  Parties in *Esposito* and *Phillips via* ECF; DANY, non-party witnesses James M. McGuire, Esq., Daniel Goldberg, Esq. and Matthew Bronfman, Esq. *via* email

EXHIBIT ONE

**From:** Er c Berry <<u>berry awp c@gma .com</u>>
**Date:** May 13, 2019 at 7:47:55 PM EDT
**To:** M chae Hayden Sanford <<u>mhs@sanfordpartners.com</u>>, Erro margo n <<u>erro margo n@ao .com</u>>, Dan Osborn <<u>DOsborn@osborn awpc.com</u>>
**Subject: Fwd: Harvest Moon Beach House (Michael Sanford) v. Bromberger**

Eric W. Berry
Berry Law PLLC
745 Fifth Avenue, 5th Floor
New York, New York 10151
+1.212.355.0777 office
+1.917.940.3200 mobile
+1.212.750.1371 facsimile

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact the sender immediately

---------- Forwarded message ---------
**From: Eric Berry** <<u>berry awp c@gma .com</u>>
Date: Mon, May 13, 2019 at 7:43 PM
Subject: Harvest Moon Beach House (M chae Sanford) v. Bromberger
To: <<u>arubac b@ao .com</u>>

Ms. Bromberger -

My c ents, M chae and Norma Knopf, are nvo ved n severa  awsu ts w th M chae Sanford, who res des at 23 McK n ey Road, Montauk, wh ch he owns through Harvest Moon Beach House, LLC.

I am attach ng 4 documents concern ng Mr. Sanford.   One  s a summons he fi ed, wh ch I ocated when I d d a rout ne search, aga nst you Steven Bromberger. ████████████████████████████████████████████████
████████  F na y, a ru ng  n a forec osure case  n wh ch states that he made no payments on the 23 McK n ey Road res dence for 9.5 years.  Another  s a report by the New York Office of Court Adm n strat on about how he tr ed to br be a court attorney.

P ease do not hes tate to ca  me  f you have any quest ons

Eric W. Berry
Berry Law PLLC
745 Fifth Avenue, 5th Floor
New York, New York 10151
+1.212.355.0777 office
+1.917.940.3200 mobile
+1.212.750.1371 facsimile

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact the sender immediately