```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :   17cv5833(DLC)
                                         :
                    Plaintiffs,          :   ORDER
          -v-                            :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiffs having accepted defendant Frank Esposito's Rule 68 offer of judgment, it is hereby

ORDERED that the telephone conference scheduled for March 2, 2021 at 2:00pm, which was scheduled to address Esposito's request for discovery, is cancelled.

IT IS FURTHER ORDERED that Esposito shall serve the District Attorney's Office with this Order by **March 2, 2021 at 11:00am.**

Dated:   New York, New York
         March 1, 2021

                              _____
                                       DENISE COTE
                              United States District Judge