UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
NORMA KNOPF and MICHAEL KNOPF,        :      17cv5833(DLC)
                                      :
                    Plaintiffs,       :      ORDER
            -v-                       :
                                      :
FRANK M. ESPOSITO, DORSEY & WHITNEY,  :
LLP, NATHANIEL H. AKERMAN, EDWARD S.  :
FELDMAN, and MICHAEL HAYDEN SANFORD,  :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

As set forth in a telephone conference of March 2, 2021, it is hereby

ORDERED that the New York County District Attorney's Office ("DANY") shall, by **March 5, 2021,** produce to defendant Esposito its written communications between DANY and Eric Berry arising out of or related to litigation involving Berry's clients Norma Knopf and Michael Knopf and their adversary Michael Sanford.

IT IS FURTHER ORDERED that DANY may submit by **March 5, 2021** any such communications to this Court's chambers email address CoteNYSDChambers@nysd.uscourts.gov for <u>in camera</u> review.

IT IS FURTHER ORDERED that the parties shall not share the documents or their substance with anyone other than the parties in this case without advance permission from the Court.

Dated:    New York, New York
          March 2, 2021

                                     _____
                                           DENISE COTE
                                     United States District Judge