```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
NORMA KNOPF and MICHAEL KNOPF,         :        17cv5833(DLC)
                                       :
                     Plaintiffs,       :        ORDER
           -v-                         :
                                       :
FRANK M. ESPOSITO, DORSEY & WHITNEY,   :
LLP, NATHANIEL H. AKERMAN, EDWARD S.   :
FELDMAN, and MICHAEL HAYDEN SANFORD,   :
                                       :
                     Defendants.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

An Order of March 2, 2021 erroneously stated that the plaintiffs had failed to notify the Court that they had rejected defendant Frank Esposito's February 17 offer of judgment on February 18.  The plaintiffs informed the Court of the February 18 rejection in their memorandum of March 1.

Dated:    New York, New York
          March 3, 2021

_____
                DENISE COTE
          United States District Judge