```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :    17cv5833(DLC)
                                         :
                    Plaintiffs,          :    ORDER
             -v-                         :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of March 2, 2021 required the New York County District Attorney's Office ("DANY") to produce to defendant Frank Esposito its written communications between DANY and Eric Berry arising out of or related to litigation involving Berry's clients Norma Knopf and Michael Knopf and their adversary Michael Sanford. The Order also permitted DANY to submit any such communications to this Court's chambers email for in camera review.

On March 5, DANY submitted four email communications between DANY and Berry for in camera review. These emails contain scheduling. Having reviewed them, it is hereby

ORDERED that DANY may withhold these four email communications from its production to Esposito.

Dated:   New York, New York
         March 8, 2021

                                    _____
                                    DENISE COTE
                                    United States District Judge