UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
NORMA KNOPF and MICHAEL KNOPF,

                Plaintiffs,                Case No. 17 Civ. 5833 (DLC) (SN)

  - against -

                                              Hon. Denise L. Cote

FRANK M. ESPOSITO,
DORSEY & WHITNEY, LLP,
NATHANIEL H. AKERMAN,
and EDWARD S. FELDMAN,

                                              **ORDER**

                Defendants.
-------------------------------------------------------X

      It is hereby

      ORDERED that plaintiff Michael Knopf, who is deceased, be terminated from this civil action. In his place, Norma Knopf, an individual who is named as a distributee and as the Executor in Michael Knopf's Last Will, shall be substituted in place of Michael Knopf; and it is further

      ORDERED that, going forward, the caption of the case will be:

      So ordered.

      April 12, 2021.                       _____
                                                DENISE COTE
                                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

NORMA KNOPF, individually and as
a Distributee and the Executor Named
in Michael Knopf's Last Will,

               Plaintiff,                Case No. 17 Civ. 5833 (DLC) (SN)

  - against -

                                                   Hon. Denise L. Cote

FRANK M. ESPOSITO,
DORSEY & WHITNEY, LLP,
NATHANIEL H. AKERMAN,
and EDWARD S. FELDMAN,

               Defendants.
------------------------------------------------------X

                     **SO ORDERED:**

                     _____
                     HON. DENISE L. COTE
                     UNITED STATES DISTRICT JUDGE

                     Date:   April        , 2021