```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
NORMA KNOPF, individually and as a        :    17cv5833(DLC)
Distributee and the Executor Named in     :
Michael Knopf's Last Will                 :    ORDER
                                          :
                          Plaintiff,      :
              -v-                         :
                                          :
FRANK M. ESPOSITO, DORSEY & WHITNEY,      :
LLP, NATHANIEL H. AKERMAN, EDWARD S.      :
FELDMAN, and MICHAEL HAYDEN SANFORD,      :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

In a letter of August 3, 2021, the parties informed the Court that they consent to trial before a magistrate judge but did not file the requisite consent form. In a letter of August 6, defendant Esposito requested a stay of this action pending the resolution of a related criminal case pending against him in New York state court. The plaintiff does not object to a stay. Accordingly, it is hereby

ORDERED that the parties shall file by **August 11** the consent form to proceed before a magistrate judge.

IT IS FURTHER ORDERED that Esposito's request to stay this action is granted. The parties shall by **December 1** file a joint letter regarding the status of the New York criminal case and

the stay entered in this case.

Dated:   New York, New York
         August 6, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge