```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF, individually and as a       :    17cv5833(DLC)
Distributee and the Executor Named in    :
Michael Knopf's Last Will,               :    16cv6601(DLC)
                                         :
                    Plaintiff,           :        ORDER
          -v-                            :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

---------------------------------------- X
                                         :
NORMA KNOPF, individually and as a       :
Distributee and the Executor Named in    :
Michael Knopf's Last Will,               :
                                         :
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :
MICHAEL PHILLIPS, et al.,                :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

Having received on August 17 non-party Michael Sanford's requests for a conference and a protective order, and the responsive declaration by plaintiff's counsel Eric W. Berry, it is hereby

ORDERED that the request for conference is denied.

IT IS FURTHER ORDERED that the plaintiff and plaintiff's counsel Mr. Berry shall show cause by **August 31, 2021** why an order should not be entered forbidding either the plaintiff, Mr. Berry, or any of their agents from contacting either Mr. Sanford or Stanley "Quinn" Casey other than in writing and only then as required to pursue litigation that has been filed in this court or has been filed in New York state court.  Any response by Mr. Sanford or any other party shall be submitted by **September 7, 2021.**

Dated:    New York, New York
          August 18, 2021

_____
DENISE COTE
United States District Judge