UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NORMA KNOPF and MICHAEL KNOPF,           :    17cv5833(DLC)
                                         :
                         Plaintiffs,     :    ORDER
          -v-                            :
                                         :
FRANK M. ESPOSITO, DORSEY & WHITNEY,     :
LLP, NATHANIEL H. AKERMAN, EDWARD S.     :
FELDMAN, and MICHAEL HAYDEN SANFORD,     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   The Clerk of Court has received a flash drive containing three audio file exhibits from non-party witness Michael Sanford. Sanford has previously submitted these exhibits to this Chambers via email. Accordingly, it is hereby

   ORDERED that the Clerk of Court is directed to accept Sanford's submission for filing and shall retain the thumb drive in the case file.

Dated:    New York, New York
          August 20, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge