```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
NORMA KNOPF, individually and as a        :    17cv5833(DLC)
Distributee and the Executor Named in     :
Michael Knopf's Last Will,                :    16cv6601(DLC)
                                          :
                          Plaintiff,      :        ORDER
              -v-                         :
                                          :
FRANK M. ESPOSITO, DORSEY & WHITNEY,      :
LLP, NATHANIEL H. AKERMAN, EDWARD S.      :
FELDMAN, and MICHAEL HAYDEN SANFORD,      :
                                          :
                          Defendants.     :
                                          :
----------------------------------------  X

----------------------------------------  X
                                          :
NORMA KNOPF, individually and as a        :
Distributee and the Executor Named in     :
Michael Knopf's Last Will,                :
                                          :
                          Plaintiff,      :
                                          :
              -v-                         :
                                          :
MICHAEL PHILLIPS, et al.,                 :
                                          :
                          Defendants.     :
                                          :
----------------------------------------  X
```

In response to a motion by non-party Michael Sanford, on August 18, 2021 an Order was issued requiring plaintiff and plaintiff's counsel, Eric W. Berry, to show cause why an order should not be entered forbidding either the Knopfs, Berry, or any of their agents from contacting either Sanford or Stanley "Quinn" Casey, Jr., a friend to Sanford and witness in other

litigation, other than in writing and then only as required to pursue litigation that has been filed in this court or has been filed in New York state court. Previously in connection with other litigation, on November 20, 2020, the Knopfs, Berry, and Chapter 7 Trustee of Sanford's hedge fund had agreed not to depose Quinn in any current or future proceeding.

Berry responded on August 31, 2021. Sanford responded on September 20 and September 21, but as of today has still failed to submit a substantive reply. The date for the reply was set for September 7 and extended to September 15.

Berry opposed entry of the protective order. Berry contends that he has never called Quinn and emailed him twice in July 2021. Berry requests that he be permitted to speak with Quinn "if he changes his mind." Berry does not explain how his litigation interests would be adversely affected by requiring him to seek Quinn's cooperation in writing. Accordingly, it is hereby

ORDERED that the motion is deemed fully submitted. Any further submissions will be deemed untimely and will not be considered.

IT IS FURTHER ORDERED that the Knopfs, Berry, or any of their agents may only contact Quinn in writing and concerning the litigation that has been filed in this court or has been filed in New York state court.  In the event Quinn agrees to speak with Berry and initiates contact with Berry, it will not violate this Order for Berry to engage in such discussions.

SO ORDERED:

Dated:     New York, New York
           September 21, 2021

                                        _____
                                               DENISE COTE
                                        United States District Judge