```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
NORMA KNOPF, individually and as a        :    17cv5833(DLC)
Distributee and the Executor Named in     :
Michael Knopf's Last Will,                :    ORDER
                                          :
                         Plaintiff,       :
              -v-                         :
                                          :
FRANK M. ESPOSITO, DORSEY & WHITNEY,      :
LLP, NATHANIEL H. AKERMAN, EDWARD S.      :
FELDMAN, and MICHAEL HAYDEN SANFORD,      :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order of August 6, 2021 stayed the above-captioned action pending resolution of a related criminal case in New York state court. An Order of August 13 stayed the filing of an Order of Reference pursuant to 28 U.S.C. § 636 to a magistrate judge and set a briefing schedule for Sanford to file a motion for sanctions. Sanford moved for a protective order rather than sanctions, and an Order of September 21 granted Sanford's request. Accordingly, it is hereby

ORDERED that this case is referred to Magistrate Judge Sarah Netburn for all purposes pursuant to 28 U.S.C. § 636 and the consent filed on August 11, 2021.

SO ORDERED:

Dated:   New York, New York
         September 29, 2021

                                          _____
                                                  DENISE COTE
                                          United States District Judge