UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NORMA KNOPF, individually and as a
Distributee and the Executor Named in
Michael Knopf's Last Will,

                            Plaintiff,                        17-CV-05833 (SN)

        -against-                                  **ORDER**

FRANK M. ESPOSITO, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On September 29, 2021, Judge Denise Cote referred this case to me for all purposes pursuant to 28 U.S.C. § 636 and the Parties' consent. ECF No. 493. In accordance with this order, a joint letter informing the Court about the status of this case shall be filed with the Court by Monday, November 01, 2021. The letter should address the status of the pending criminal case in state court.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      New York, New York
                  October 6, 2021