```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
NORMA KNOPF, individually and as a        :   17cv5833(DLC)
Distributee and the Executor Named in     :
Michael Knopf's Last Will,                :   ORDER
                                          :
                        Plaintiff,        :
              -v-                         :
                                          :
FRANK M. ESPOSITO, DORSEY & WHITNEY,      :
LLP, NATHANIEL H. AKERMAN, EDWARD S.      :
FELDMAN, and MICHAEL HAYDEN SANFORD,      :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order to Show Cause was issued on August 18, 2021.  In a response by plaintiff's counsel Eric W. Berry of August 31, 2021, neither the plaintiff nor Berry objected to any portion of the Order prohibiting communication with non-party Michael Hayden Sanford.  A protective Order of September 21 was subsequently entered.  Having received Sanford's submission of October 5, 2021, it is hereby

ORDERED that the Order of September 21 is revised as follows.  The plaintiff, Berry, or any of their agents may only contact Sanford or Stanley "Quinn" Casey, Jr., in writing and concerning the litigation that has been filed in this court or has been filed in New York state court.  In the event that Sanford or Quinn agrees to speak with the plaintiff, Berry, or

any of their agents and initiates contact with the plaintiff, Berry, or any of their agents, it will not violate this Order for the Knopfs, Berry, or any of their agents to engage in such discussions.

SO ORDERED:

Dated:  New York, New York
        October 6, 2021

_____
DENISE COTE
United States District Judge