UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NORMA KNOPF, individually and as a
Distributee and the Executor Named in
Michael Knopf's Last Will,

                                **Plaintiff,**                        17-CV-05833 (SN)

            -against-                                 **ORDER**

**FRANK M. ESPOSITO, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A joint letter informing the Court about the status of the pending criminal case in state court shall be filed with the Court by Tuesday, January 04, 2022. If the criminal case is resolved at an earlier date, the parties shall file an update with this Court within 14 days.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     New York, New York
                November 3, 2021