# ESPOSITO PARTNERS

515 Madison Avenue, 8th Floor
New York, NY 10022

March 21, 2022

**VIA ECF**

Magistrate Judge Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    **Knopf v. Esposito - 17cv5833 (DLC) (SN)**

Dear Judge Netburn:

    I am writing to provide the Court with a status update.

    The related misdemeanor indictment instigated by Plaintiffs' counsel remains pending. On Friday the court set a trial control date of June 16, 2022. I will provide an update on or about June 16, 2022 as more information becomes available.

    Thank you for your time and consideration.

    Respectfully submitted,

    /s/ Frank Esposito

    Frank Esposito