```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NORMA KNOPF, individually and as a
Distributee and the Executor Named in
Michael Knopf's Last Will,

                Plaintiff,

    -against-

FRANK M. ESPOSITO, et al.,

                Defendants.

------------------------------------------------------------X

17-CV-05833 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The parties are ordered to file a joint letter informing the Court of the status of the pending criminal case in state court by November 3, 2023. In that status letter, the parties should also advise the Court whether the motions pending at ECF No. 499 and 500 still require judicial intervention.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:    October 24, 2023
                 New York, New York