UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**NORMA KNOPF, individually and as a Distributee and the Executor Named in Michael Knopf's Last Will,**

      **Plaintiff,**

  -against-

**FRANK M. ESPOSITO,**

      **Defendant.**

-----------------------------------------------------------------X

**17-CV-05833 (SN)**

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

  A settlement conference is scheduled for Friday, April 26, 2024, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

  The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Friday, April 19, 2024.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                  _____
                  SARAH NETBURN
                  United States Magistrate Judge

DATED: January 10, 2024
     New York, New York