```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NORMA KNOPF, individually and as a
Distributee and the Executor Named in
Michael Knopf's Last Will,

                       Plaintiff,

      -against-

FRANK M. ESPOSITO,

                      Defendant.

-----------------------------------------------------------------X

17-CV-05833 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Having been advised that the parties have resolved their settlement-related issues, today's conference is ADJOURNED with no future date. By Tuesday, May 14, 2024, the parties shall file either a stipulation of dismissal or a letter explaining why a stipulation cannot be filed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 10, 2024
             New York, New York