UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NORMA KNOPF, individually and as a
Distributee and the Executor Named in
Michael Knopf's Last Will,

                              **Plaintiff,**                 17-CV-05833 (SN)

     -against-                               **ORDER**

FRANK M. ESPOSITO,

                              **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 22, 2023, the parties filed a joint letter outlining their positions on whether the Court should permit a second deposition of Defendant. ECF No. 537. The Court reserved decision on the issue pending a settlement conference. Having held a settlement conference, the Court now requests a supplemental joint letter from the parties indicating whether they have any new arguments since filing their November 22, 2023 letter and whether Defendant plans to testify at trial. By June 20, 2024, the parties shall file their supplemental joint letter, which should not exceed three pages.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     June 13, 2024
                 New York, New York