UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**NORMA KNOPF, individually and as a Distributee and the Executor Named in Michael Knopf's Last Will,**

                 **Plaintiff,**

     -against-

**FRANK M. ESPOSITO,**

                 **Defendant.**
-----------------------------------------------------------------X

17-CV-05833 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     The deposition of the Defendant, scheduled for June 25, 2024, is adjourned in light of the Plaintiff's statement that she will no longer comply with the terms of the parties' agreement. To the extent the Defendant is seeking to enforce the settlement agreement, he shall file any motion by July 2, 2024. The Plaintiff may oppose the motion by July 11, 2024, and the Defendant may file a reply brief by July 15, 2024.

     Additionally, the order requiring letters on the Defendant's deposition and the Final Pretrial Scheduling Order remain in effect. The parties are reminded of their obligation to comply with the deposition order by July 20, 2024, and the Final Pretrial Scheduling Order by August 16, 2024. No extensions of these deadlines will be granted.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     June 24, 2024
                New York, New York