UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NORMA KNOPF, individually and as a
Distributee and the Executor Named in
Michael Knopf's Last Will,

       **Plaintiff,**         17-CV-05833 (SN)

  -against-              **ORDER**

FRANK M. ESPOSITO,

       **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  This morning, the Defendant emailed the Court requesting that the Court either hold an additional settlement conference or permit him to file his motion to enforce the settlement agreement under seal. The Defendant's request for an additional settlement conference is DENIED, and all current orders remain in effect. The Defendant's request to file his motion to enforce the settlement agreement under seal is GRANTED to a limited extent. The parties may file under seal any confidential settlement terms, but the Court may later require public disclosure if those terms inform the Court's decision on the motion to enforce the settlement agreement. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The parties may file redacted versions of their briefs and exhibits publicly and unredacted versions under seal.

**SO ORDERED.**

                     _____
                     SARAH NETBURN
                     United States Magistrate Judge

DATED:  June 25, 2024
       New York, New York