USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NORMA KNOPF, individually and as a
Distributee and the Executor Named in
Michael Knopf's Last Will,

                        Plaintiff,

      -against-

FRANK M. ESPOSITO,

                       Defendant.
-------------------------------------------------------------X

17-CV-05833 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On February 26, 2025, the parties indicated to the Court that they have reached a settlement in principle. In light of the April 21, 2025 trial date, the parties are ORDERED to either file a stipulation of dismissal or a status letter by Wednesday, March 5, 2025.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     March 3, 2025
                 New York, New York