UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NORMA KNOPF, individually and as a
Distributee and the Executor Named in
Michael Knopf's Last Will,

                    Plaintiff,

      -against-

FRANK M. ESPOSITO,

                    Defendant.
------------------------------------------------------------X

17-CV-05833 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

On February 26, 2025, the parties informed the Court that they have reached a settlement in principle. Accordingly, it is ORDERED that this action is dismissed with prejudice, provided, however, that no later than May 1, 2025, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    March 5, 2025
               New York, New York